| Invoices | Entry No. | Motors | Value of one motor U.S. $ | Total value of motors U.S. $ |
|---|---|---|---|---|
| 1  No. 1984 | 446 | 5(#969) | 426.00 | 2,556.00 |
|  |  | 1(#940) | 68.00 | 204.00 |
| 1  No. 2288 | 594 | 5(#969) | 426.00 | 2,556.00 |
|  |  | 1(#940) | 68.00 | 204.00 |
| 1  No. 1385 | 159 | 1(#940) | 68.00 | 408.00 |
| 1  No. 3219 | 593 | 1(#975 [Ai 400]) | 65.50 | 65.50 |
|  |  | 1(#970 [Di 600]) | 97.00 | 97.00 |
| 1  No. 2038 | 492 | none [Bm 800] | ------ | -------- |
| 1  No. 1974 | 546 | 5(#969) | 426.00 | 2,556.00 |
| 1  No. 3367 | 640 | 5(#969) | 426.00 | 2,556.00 |

On the agreed facts, I find export value, as defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, or section 402(d) of the Tariff Act of 1930, as enacted prior to the Customs Simplification Act of 1956, to be the proper basis for determining the value of the involved merchandise and that such statutory value for each class of merchandise is as hereinabove set forth.

Judgment will be entered accordingly.

(V.D. 122)

E. LEITZ, INC., ET AL. v. UNITED STATES

Entry No. 771733, etc.

(Decided April 1, 1963)

*Eugene R. Pickrell* for the plaintiffs.
*John W. Douglas*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This matter is before me on remand from classification proceedings decided by the first division of this court in *E. Leitz, Inc., et al.* v. *United States*, 40 Cust. Ct. 549, Abstract 61916. The conclusion therein, and the judgment issued pursuant thereto, were to the effect that the protest had been prematurely filed, and the matter was remanded to a single judge in reappraisement to determine the proper dutiable values in the manner provided by law. (28 U.S.C. § 2636(d).)

Stipulated facts, upon which the cases have been submitted, establish that the proper basis for appraisement of the enlargers and accessory lenses, covered by the entries involved herein, is statutory export value, and that such value therefor is as follows:

| Entry No. | Merchandise | United States dollars per each |
|---|---|---|
| 970469 | Focomat IIa complete with one lens | 182.88 less 39.24% plus cost of packing |
| | Accessory lens for above_____ | 26.40 less 39.24% plus cost of packing |
| 712956 | Focomat IIa complete with one lens | 214.80 less 48% plus cost of packing |
| | Accessory lens for above_____ | 26.40 less 48% plus cost of packing |
| 731661 | Focomat IIa complete with one lens | 262.32 less 46% plus cost of packing |
| | Accessory lens for above_____ | 26.40 less 46% plus cost of packing |
| 771733 | Focomat IIa complete with one lens | 228.72 less 46% plus cost of packing |
| | Accessory lens for above_____ | 26.40 less 46% plus cost of packing |
| 767728 | " " | " " |
| 859352 | Focomat IIa complete with one lens | 228.48 less 46% plus cost of packing |
| | Accessory lens for above_____ | 26.40 less 46% plus cost of packing |
| 857436 | " " | " " |
| 784941 | Focomat IIa complete with one lens | 228.72 less 39.24% plus cost of packing |
| | Accessory lens for above_____ | 26.40 less 39.24% plus cost of packing |
| 788700 | " " | " " |
| 806285 | " " | " " |

On the basis of the record before me, I hold that the proper dutiable values of the merchandise in question are as hereinabove itemized, and judgment will be rendered accordingly.

(V.D. 123)

MANCA, INC., ET AL. *v.* UNITED STATES

Entry No. 967240, etc.

(Decided April 1, 1963)

*Eugene R. Pickrell* for the plaintiffs.
*John W. Douglas,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This matter is before me on remand from classification proceedings decided by the first division of this court in *Manca, Inc., et al.* v. *United States,* 40 Cust. Ct. 514, Abstract 61799. The conclusion therein, and the judgment issued pursuant thereto, were to the effect that the protests had been prematurely